**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1072**

BASHKIM BAJRAKTARI,

          Petitioner,

     v.

JEFFERSON B. SESSIONS III, Attorney General,

          Respondent.

On Petition for Review for an Order of the Board of Immigration Appeals.

Submitted: July 24, 2018                    Decided: August 7, 2018

Before NIEMEYER and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Thomas V. Massucci, LAW OFFICE OF THOMAS V. MASSUCCI, New York, New York, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, M. Jocelyn Lopez Wright, Senior Litigation Counsel, Jacob A. Bashyrov, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bashkim Bajraktari, a native and citizen of Albania, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have thoroughly reviewed the administrative record and Bajraktari's claims on appeal and conclude that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a), (c) (2018); *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009); *see also Prasad v. Holder*, 776 F.3d 222, 228 (4th Cir. 2015) (reaffirming that the Board may deny a motion to reopen "solely on the ground that [the alien] has not established prima facie eligibility for" the relief he seeks). We therefore deny the petition for review for the reasons stated by the Board. *See In re Bajraktari* (B.I.A. Dec. 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*